UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

EMMANUEL NESTANT,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, OMAR ALMOZAR,
ADRIAN CASTILLO, EBONY CHANCE and
JASON WILSON,

                    Defendants.
------------------------------------------------------------------

07CV6016 (GEL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                              }ss:
COUNTY OF NEW YORK  }

      LEONARD CUCCIA, being duly sworn, deposes and says that he is over the age of eighteen years, resides in the State of New York, and is not a party to this action. That on the 29th day of June, 2007, at approximately 4:00 in the afternoon at the office of MICHAEL A. CARDOZO, CORPORATION COUNSEL located at 100 Church Street, New York, NY 10007, he served the following: **SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF GERARD E. LYNCH, US DISTRICT JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITTMAN; and AMENDED INSTRUCTIONS, GUIDELINES and PROCEDURES FOR ELECTRONIC CASE FILING** upon **MICHAEL A. CARDOZO, CORPORATION COUNSEL** by personally delivering thereat a true copy of said document(s) to the person described below:

NAME: Madelyn Santana                TITLE: Docketing Clerk
AGE:   30                                     WEIGHT: 130 lbs.
HEIGHT: 5'7                            RACE: Hispanic
GENDER: Female

                                                            LEONARD CUCCIA

Sworn to before me this
29th day of June, 2007

_____
Notary Public

EDWARD SIVIN
Notary Public, State of New York
No. 31-4990783
Qualified in New York County
Commission Expires 4/13/10