UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

EMMANUEL NESTANT,

             Plaintiff,

-against-

THE CITY OF NEW YORK, OMAR ALMOZAR,
ADRIAN CASTILLO, EBONY CHANCE and
JASON WILSON,

             Defendants.
-----------------------------------------------------------------

07CV6016 (GEL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                             }ss:
COUNTY OF NEW YORK  }

      LEONARD CUCCIA, being duly sworn, deposes and says that he is over the age of eighteen years, resides in the State of New York, and is not a party to this action. That on the 29th day of June, 2007, at approximately 4:25 in the afternoon at the office of CITY OF NEW YORK, DEPARTMENT OF HOMELESS SERVICES located at 33 Beaver Street, 17th Floor, New York, NY 10004, he served the following: **SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF GERARD E. LYNCH, US DISTRICT JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITTMAN; and AMENDED INSTRUCTIONS, GUIDELINES and PROCEDURES FOR ELECTRONIC CASE FILING** upon **ADRIAN CASTILLO** by personally delivering thereat a true copy of said document(s) to the person described below:

NAME: Nicole Grant                  TITLE: PAA, Level 1
AGE: 25                                    WEIGHT: 145 lbs.
HEIGHT: 5'8                           RACE: African America
GENDER: Female

a person of suitable age and discretion who is authorized to accept service on defendant's behalf.

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to defendant at his actual place of busniess at DEPARTMENT OF HOMELESS SERVICES, 33 Beaver Street, 17th Floor, New York, NY 10004, and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within the State of New York on June 29, 2007 by Regular First Class Mail in an envelope marked PERSONAL & CONFIDENTIAL.

                                                                LEONARD CUCCIA

Sworn to before me this
29th day of June, 2007

_____
Notary Public

EDWARD SIVIN
Notary Public, State of New York
No. 31-4994763
Qualified in New York County
Commission Expires 4/13/10