UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMMANUEL NESTANT,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

07 Civ. 6016 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Defendants having requested an extension of time to answer and an adjournment of the initial pre-trial conference pending plaintiff's provision of certain releases for criminal and medical records, it is hereby ORDERED that:

1.    Plaintiff shall provide to defendants the requested releases for criminal and medical records by September 14, 2007.

2.    Defendants' time to answer or otherwise respond to the complaint is extended until October 19, 2007.

3.    The parties shall appear for an initial pre-trial conference on October 31, 2007, at 4:45 p.m. Future requests for extensions will be regarded with strong disfavor.

SO ORDERED.

Dated: New York, New York
       August 15, 2007

                                            _____
                                            GERARD E. LYNCH
                                            United States District Judge