UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMMANUEL NESTANT,

                Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

07 Civ. 6016 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08

GERARD E. LYNCH, District Judge:

      On February 22, 2008, the Court received a joint letter from the parties raising a number of discovery disputes in this case. The parties having participated in a telephone conference with the Court on February 27, 2008, it is hereby ORDERED that:

1. If, by March 14, 2008, counsel for defendants has been unable to contact defendant Omar Almozar and obtain his consent to accept service of the Complaint on his behalf, defendant City of New York shall disclose Almozar's current or last-known address to counsel for plaintiff, subject to an appropriate a confidentiality order protecting Almozar's address from improper disclosure.

2. Defendants shall respond to plaintiff's outstanding discovery requests by Monday, March 3, 2008.

SO ORDERED.

Dated: New York, New York
         February 27, 2008

                                                  GERARD E. LYNCH
                                                 United States District Judge