UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

EMMANUEL NESTANT,

                Plaintiff,

                                          **AFFIDAVIT OF SERVICE**

  -against-

                                          07 CV6016 (GEL)

THE CITY OF NEW YORK, et. al.

                Defendants

-----------------------------------------------------------------

STATE OF NEW YORK  }
                             }ss:
COUNTY OF NEW YORK  }

      SANTIAGO PARIS Jr., being duly sworn, deposes and says that he is over the age of eighteen years, resides in the State of New Jersey, and is not a party to this action. That on the 14th day of March, 2008 at approximately 11:44 in the morning at the office of CITY OF NEW YORK, DEPARTMENT OF HOMELESS SERVICES located at 33 Beaver Street, 17th Floor, New York, NY 10004, he served the following: **SUMMONS & COMPLAINT** upon **OMAR ALMOZAR** by personally delivering thereat a true copy of said document(s) to the person described below:

NAME: Ivy Pacheco                            TITLE: Principal Administrative Associate
AGE: 30                                                    Legal Affairs
WEIGHT: 125 lbs.
HEIGHT: 5'4                                   RACE: Caucasian
GENDER: Female                          PHONE NUMBER: 212-361-8010

                                                              _____
                                                               SANTIAGO PARIS Jr.

Sworn to me before this
14th day of March, 2008

_____
Notary Public