UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMMANUEL NESTANT,

      Plaintiff,

 -against-

THE CITY OF NEW YORK, et al.,

      Defendants.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

07 Civ. 6016 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
    May 20, 2008

                    _____
                     GERARD E. LYNCH
                     United States District Judge