

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

May 30, 2008

**VIA FAX AND ECF**

*Fax*: 212-805-0436
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581

    Re: <u>Emmanuel Nestant v. The City of New York, et al.</u>, 07 CV 6016 (GEL)

Your Honor:

    Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

    Thank you for your consideration in this matter.

      Respectfully submitted,

      Sarah B. Evans
      Assistant Corporation Counsel
      Special Federal Litigation Division

Enc.

cc:  Edward Sivin, Esq. (By fax and ECF)
   Sivin & Miller, LLP
   Attorney for Plaintiff
   170 Broadway, Suite 600
   New York, New York 10038
   *Fax*: 212-406-9462

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

EMMANUEL NESTANT,

Plaintiff,

-against-

THE CITY OF NEW YORK, OMAR ALMOZAR,
ADRIAN CASTILLO, EBONY CHANCE and JASON
WILSON,

Defendants.

------------------------------------------------------------------------x

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISCONTINUANCE**

07 CV 6016 (GEL) (HBP)

       **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 26, 2007, alleging that defendants violated his constitutional rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **WHEREAS,** plaintiff has authorized counsel to settle this matter as against defendants on the terms enumerated below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1.    This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.    The City of New York hereby agrees to pay plaintiff Emmanuel Nestant the sum of ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS ($125,000.00) in full

satisfaction of all claims, inclusive of claims for costs, expenses and attorney's fees.   In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3.    Plaintiff shall execute and deliver to City defendant's attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens or an Affidavit Concerning Liens, whichever applies (*CIRCLE ONE*).

4.    Nothing contained herein shall be deemed to be an admission by defendants or the City of New York that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

- 2 -

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
        May 27        , 2008


Edward Sivin, Esq.                          MICHAEL A. CARDOZO
Sivin & Miller, LLP                         Corporation Counsel of the City of New
Attorney for Plaintiff                      York
170 Broadway, Suite 600                     Attorney for Defendants
New York, New York 10038                    100 Church Street
(212) 349-0300                              New York, New York  10007
                                            (212) 788-1041

By: _____              By: _____
     Edward Sivin, Esq.                          Sarah B. Evans
                                                 Assistant Corporation Counsel



SO ORDERED:


_____
    U.S.D.J.